IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | |
|---|---|
| ROBERT L. RANGEL § | |
| § | |
| VS. § | Case No. 9:07-CV-211 |
| § | |
| UNION PACIFIC RAILWAY COMPANY § | |

## ORDER OF TRANSFER

This case is hereby **TRANSFERRED** to the docket of the Honorable Thad Heartfield.

So **ORDERED** and **SIGNED** this **10** day of **September, 2007.**

_____
Ron Clark, United States District Judge