IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

LUFKIN DIVISION

| | | |
|---|---|---|
| ROBERT L. RANGEL, ET AL. | § | |
| Vs. | § | CIVIL ACTION NO. 9:07CV211 |
| UNION PACIFIC RAILROAD COMPANY | § | |

ORDER

On May 8, 2008, Defendant filed two Unopposed Motions for Leave to Extend Filing Deadline Pursuant to Local Rule CV-5(10) (document #38, #40). Defendant asserts that it was unable to timely file a Reply to Plaintiff's Robert L. Rangel's Response to Defendant's Motion to Transfer Venue and a Reply to Plaintiffs' Response to Defendant's Motion for Severance due to a technical failure in the online docketing system. The Court's CM/ECF database suffered a technical failure at approximately 3:30 p.m. on Friday, May 2, 2008. The system was not back online until Thursday, May 8, 2008. In response to the technical failure, General Order 08-6 was issued on May 6, 2008 extending existing scheduling deadlines occurring between the dates of Friday, May 2, 2008 and May 11, 2008 to Monday, May 12, 2008. Defendant's motion is unnecessary because the filing deadlines are extended pursuant to General Order 08-6. It is therefore

**ORDERED** that Defendant's Unopposed Motions for Leave to Extend Filing Deadline Pursuant to Local Rule CV-5(10) (document #38, #40) are **GRANTED**. Pursuant to General Order

08-6, motions for leave to file are unnecessary for filings that could not be filed timely due to the Court's CM/ECF database technical failure.

So **ORDERED** and **SIGNED** this **12** day of **May, 2008.**

_____
JUDITH K. GUTHRIE
UNITED STATES MAGISTRATE JUDGE