IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

LUFKIN DIVISION

| | | |
|---|---|---|
| ROBERT L. RANGEL, ET AL. | § | |
| Vs. | § | CIVIL ACTION NO. 9:07CV211 |
| UNION PACIFIC RAILROAD COMPANY | § | |

ORDER

Plaintiffs Robert L. Rangel, Billy C. Hill and Martin Castillo filed the above-styled lawsuit on September 10, 2007, in the Eastern District of Texas, Lufkin Division. The matter was referred to the undersigned to conduct pretrial proceedings in accordance with 28 U.S.C. § 636.

On April 18, 2008, Defendant filed a Motion to Transfer Venue, seeking a transfer of Robert Rangel's claims to the District of Nebraska. Recently, the Fifth Circuit granted a petition for rehearing en banc regarding the decision of *In re Volkswagen*, 506 F.3d 376 (5th Cir. 2007), vacating its previous opinion and judgment and staying the mandate. *See In re Volkswagen*, No. 07-40058 (5th Cir. Feb. 14, 2008) (order granting petition). The undersigned finds that the *Volkswagen* decision is central to an analysis of a 28 U.S.C. § 1404(a) transfer in this Circuit. As a result, the claims of Robert Rangel should be stayed pending the en banc decision of the Fifth Circuit in *Volkswagen*. In light of the foregoing, it is hereby

**ORDERED** that Defendant's Motion to Transfer Venue (document #33) and the claims of

Robert Rangel are **STAYED**, pending the en banc decision of the Fifth Circuit in the matter of *In Re Volkswagen*.

So **ORDERED** and **SIGNED** this **12** day of **May, 2008.**

_____
JUDITH K. GUTHRIE
UNITED STATES MAGISTRATE JUDGE