IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

LUFKIN DIVISION

| | | |
|---|---|---|
| ROBERT L. RANGEL, ET AL. | § | |
| Vs. | § | CIVIL ACTION NO. 9:07CV211 |
| UNION PACIFIC RAILROAD COMPANY | § | |

ORDER

Plaintiff Martin Castillo filed a Notice of Settlement on August 12, 2008, stating that his claims have been settled. It is therefore

**ORDERED** that Martin Castillo and Union Pacific or their counsel shall submit to the Court all papers necessary for the closing of Martin Castillo's claims on or before September 22, 2008. If the parties do not move for additional time or such papers are not received by the Court by the scheduled deadline, the Court may order dismissal of Martin Castillo's claims without further notice. Within 60 days of a dismissal order, any party may petition to have the claims reinstated upon showing good cause as to why settlement was not in fact consummated.

So **ORDERED** and **SIGNED** this **14** day of **August, 2008.**

_____
JUDITH K. GUTHRIE
UNITED STATES MAGISTRATE JUDGE