IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

LUFKIN DIVISION

| | | |
|---|---|---|
| ROBERT L. RANGEL, ET AL. | § | |
| Vs. | § | CIVIL ACTION NO. 9:07CV211 |
| UNION PACIFIC RAILROAD COMPANY | § | |

ORDER

Plaintiff Martin Castillo filed a Notice of Settlement on August 12, 2008, stating that his claims have been settled. It is therefore

**ORDERED** that Plaintiff Martin Castillo's Motion for Continuance (document #47) and Amended Motion for Continuance (document #49) are **DENIED** as moot.

So **ORDERED** and **SIGNED** this 4 day of **September, 2008.**

_____
JUDITH K. GUTHRIE
UNITED STATES MAGISTRATE JUDGE

1