IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

LUFKIN DIVISION

| | | |
|---|---|---|
| ROBERT L. RANGEL, ET AL. | § | |
| Vs. | § | CIVIL ACTION NO. 9:07CV211 |
| UNION PACIFIC RAILROAD COMPANY | § | |

SHOW CAUSE ORDER

Plaintiff Martin Castillo filed a Notice of Settlement on August 12, 2008, stating that his claims have been settled. Accordingly, an Order was entered on August 14, 2008 directing the parties to submit papers necessary for the closing of Martin Castillo's claims on or before September 22, 2008. Pursuant to an Order extending deadlines as a result of Hurricane Ike, the deadline was extended to September 30, 2008. To date, however, no documents have been filed  It is therefore

**ORDERED** that the parties have until **October 10, 2008** to either file documents necessary for the closing of Martin Castillo's claims or to show cause why his claims should not be dismissed without further notice.

So **ORDERED** and **SIGNED** this  3   day of  **October, 2008.**

_____
JUDITH K. GUTHRIE
UNITED STATES MAGISTRATE JUDGE