IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ROBERT L. RANGEL, | ) | |
| | ) | |
| Plaintiff, | ) | 8:08CV469 |
| | ) | |
| v. | ) | |
| | ) | |
| UNION PACIFIC RAILROAD COMPANY, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on the motion of George E. Chandler to withdraw as counsel of record for plaintiff (Filing No. 79). The Court finds said motion should be granted. Accordingly,

IT IS ORDERED that the motion is granted; George E. Chandler is deemed withdrawn as counsel for plaintiff.

DATED this 13th day of November, 2008.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court