IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ROBERT L. RANGEL, | ) | |
| | ) | |
| Plaintiff, | ) | 8:08CV469 |
| | ) | |
| v. | ) | |
| | ) | |
| UNION PACIFIC RAILROAD COMPANY, | ) | ORDER |
| | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on defendant's motion for continuance due to Hurricane Ike (Filing No. 60) and motion for the extension of pretrial deadlines (Filing No. 64). The motions were filed prior to removal of this matter to the District of Nebraska. Accordingly,

IT IS ORDERED that said motions are denied as moot.

DATED this 5th day of March, 2009.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court