IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ROBERT L. RANGEL, | ) | CASE NO. 8:08-CV-00469 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | STIPULATION FOR DISMISSAL |
| | ) | WITH PREJUDICE |
| UNION PACIFIC RAILROAD COMPANY, | ) ) | |
| | ) | |
| Defendant. | ) | |

COME NOW the Plaintiff and Defendant and hereby stipulate that the above-captioned matter be dismissed with prejudice to any future action, each party to pay their own costs, complete record waived.  A proposed Order of Dismissal with Prejudice will be forwarded by email to the Magistrate Judge.

ROBERT RANGEL, Plaintiff

BY:  s/John Zgourides_____
John G. Zgourides, TxBN: 22262020
Attorney-in-Charge
Kenneth B. Fenelon, Jr., TxBN: 24059741
VASQUEZ & SAMMONS, L.L.P.
440 Louisiana, Suite 1440
Houston, Texas 77002
Tel.: (713) 425-7200
Fax: (713) 425-7210
ATTORNEYS FOR PLAINTIFF

UNION PACIFIC RAILROAD COMPANY,
Defendant,


BY: s/Anastasia Wagner
William M. Lamson, Jr., #12374
Anastasia Wagner, #22983
LAMSON, DUGAN & MURRAY, LLP
10306 Regency Parkway Drive
Omaha, NE  68114
(402) 397-7300 = Telephone
(402) 397-7824 = Facsimile
ATTORNEYS FOR UNION PACIFIC RAILROAD COMPANY


CERTIFICATE OF SERVICE

I hereby certify that on the 3rd day of March, 2009 I electronically filed the foregoing Stipulation with the Clerk of the Court using the CM/ECF system which provided notification of such filing to:

Kenneth B. Fenelon, Jr.
John G. Zgourides

Notification of the same was sent via email to the following:

J. Kirkland Sammons
ksammons@vasquezsammons.com


s/Anastasia Wagner
Anastasia Wagner